

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2019

No. 04-18-00475-CV

**IN THE INTEREST OF N.F.M. AND S.R.M.,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00070
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order terminating appellant's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting there is no meritorious issue to raise on appeal. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.—San Antonio, May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio, Sept. 10, 2003, no pet.) (mem. op.). Counsel states appellant has been provided copies of the brief and motion to withdraw and informed of the right to review the record and file a pro se brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.). Additionally, counsel states appellant has been provided with a form motion to use to request access to the record.

Appellant may obtain a copy of the appellate record by filing the motion for the record, not later than seven days after receiving this order, with the clerk of this court. If appellant desires to file a pro se brief, we order the brief due **January 23, 2019**. If appellant files a timely pro se brief, the State may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief by **January 30, 2019**. We order the motion to withdraw filed by appellant's counsel will be held in abeyance pending further order of the court.

We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court